**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | **CR-19-78-GF-BMM** |
| Plaintiff, | |
| vs. | |
| LESLIE DENT, | **ORDER** |
| Defendant. | |

United States Magistrate Judge John Johnston entered Findings and Recommendations in this matter on January 13, 2020. (Doc. 15.)

When a party makes no objections, the Court need not review *de novo* the proposed Findings and Recommendations. *Thomas v. Arn*, 474 U.S. 140, 153-52 (1986). This Court will review Judge Johnston's Findings and Recommendations, however, for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).

Judge Johnston conducted a revocation hearing on January 9, 2020. (Doc. 13.) The United States accused Dent of violating his conditions of supervised release 1) by committing another crime; 2) by using methamphetamine on four separate occasions and 4) by failing to report for substance abuse testing. (Doc. 11.)

At the revocation hearing, Dent admitted to 1) by using methamphetamine on four separate occasions and 2) by failing to report for substance abuse testing. Dent did not admit or deny the alleged violation of committing another crime. The government did not attempt to prove this alleged violation. Judge Johnston found that Dent's violations warrant revocation, and recommended that Dent be incarcerated for 60 days with 34 months of supervised release to follow. The supervision conditions imposed previously by Judge Soto should be continued. (Doc. 15 at 4.) Dent waived his right to allocute before the undersigned and the 14 day right to appeal. (Doc. 13.)

The violations prove serious and warrant revocation of Dents supervised release. The Court finds no clear error in Judge Johnston's Findings and Recommendations.

Accordingly, **IT IS ORDERED** that Judge Johnston's Findings and Recommendations (Doc. 15) are **ADOPTED IN FULL.**

**IT IS FURTHER ORDERED** that Defendant Leslie Dent be incarcerated for a term of 60 days, with 34 months of supervised release to follow. The supervision conditions imposed previously by Judge Soto should be continued.

DATED this 14th day of January, 2020.


Brian Morris
United States District Court Judge