THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>vs.<br><br>LESLIE DENT,<br><br>      Defendant. | CR-19-78-GF-BMM<br><br>**ORDER** |

  Defendant, Leslie Dent, has moved for early termination of his current term of supervised release. (Doc. 21). The Government opposes early termination of Dent's supervised release. (Doc. 24). The Court conducted a hearing on Dent's motion on February 2, 2021. (Doc. 24). The Court determined that it would grant Dent's motion if he could continue to comply with his supervised release conditions until June 2, 2021. *Id.* The Court accordingly withheld issuing a final order. For the reasons below, the Court will grant Dent's motion.

  Dent pleaded guilty to Conspiracy to possess with Intent to Distribute Marijuana, in violation of 21 U.S.C. §§ 846 and 841 in case number CR-17-00671-002-TUC-JAS. (Docs. 2, 2-1, & 2-2). Judge James A. Soto, U.S. District Judge for the District of Arizona sentenced Dent to a term of probation of three years beginning November 13, 2017. (Docs. 2, 2-1, & 2-2). This Court accepted transfer jurisdiction on October 8, 2019. (Docs. 1, 2).

Federal law authorizes a defendant to move for termination of his supervised release after successfully completing one year if the Court is satisfied that such action remains "warranted by the conduct of the defendant and the interests of justice." 18 U.S.C. § 3564(c) The Court must consider the factors in 18 U.S.C. § 3553(a) when evaluating whether to terminate a term of supervised release.

The record reflects that Dent has complied substantially with his supervision conditions. Dent has demonstrated that he is able to conform his conduct to the law. Dent has changed his lifestyle to address the Court's obligations. Dent does not pose a threat to the community. The factors in 18 U.S.C. § 3553 support an early termination of supervised release.

Accordingly, **IT IS ORDERED**:

1. Dent's Motion for Early Termination of Supervised Release (Doc. 21) is **GRANTED**.

DATED this 2nd day of June, 2021.

_____
Brian Morris, Chief District Judge
United States District Court